· ■ In the Matter of the CITY OF NEW YORK, Appellant-Respondent, Relative to Acquiring Title to Real Property for the New York City Housing Authority, Within the Area bounded by East 144th Street and Other Streets in the Borough of The Bronx, For a Federal-Aided Public Housing Project

Known as Mott Haven Houses. Eva G. Reisner, Formerly Eva Garfinkel, Respondent-Appellant.— Final decree unanimously affirmed, without costs. No opinion. ·Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.